THOMAS E. JOYCE, Respondent, *v.* ELIZABETH F. SPAFARD, Appellant.

(Argued February 2, 1886; decided February 12, 1886.)

*F. G. Fincke* for appellant.

*Wm. E. Harter* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

DAVIS W. SHULER, Respondent, *v.* MARGARET L. MAXWELL et al., Appellants.

(Argued February 2, 1886; decided February 12, 1886.)

*Edward J. Maxwell* for appellants.

*M. L. Stover* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

BUFFALO LUBRICATING OIL COMPANY, Limited, Respondent, *v.* THE STANDARD OIL COMPANY OF NEW YORK et al., Appellants.

(Argued February 2, 1886; decided February 12, 1886.)

*Thomas G. Outerbridge* for appellants.

*Adelbert Moot* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.